ORIGINAL

RECEIVED
SEP 28 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)
REX G. MAUGHAN and RUTH G. MAUGHAN, husband and wife

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Terence D. Woolston

Firm Name: Woolston & Tarter, P.C.

Post Office Box: 07-704 T

Street Address: 2400 E. Arizona Biltmore Cir., Ste. 1430

City-State-Zip: Phoenix, AZ 85016-2114

Telephone & Facsimile Numbers: Tel. (602) 532-9199 Fax. (602) 532-9193

Is the attorney of record admitted to the Court of Federal Claims Bar? ☐ Yes ☒ No
Attorney's application is being submitted simultaneously with the Complaint.

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☒ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 1 2
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: T R E
See attached sheet for three-digit codes.

Amount Claimed: $ 36,738,362 plus applicable interest
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ N/A
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: N/A

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☒ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.