IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-704 T

(Judge Lawrence M. Baskir)

---

REX G. MAUGHAN and RUTH G. MAUGHAN, husband and wife,

Plaintiffs

v.

UNITED STATES,

Defendant

---

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

---

Pursuant to RCFC 6(b), defendant, the United States, moves this Court for an enlargement of 60 days, from November 27, 2007, to and including January 28, 2008, of the deadline for the defendant to answer or otherwise respond to the complaint in the above-captioned case. No prior enlargement of this deadline has been requested. Defendant's counsel has contacted counsel for the plaintiffs who stated that the plaintiffs have no objection to the enlargement sought by this motion.

As good cause for this request, defendant states, as follows:

Upon receipt of the complaint, defendants' counsel forwarded a copy to the Office of Chief Counsel of the Internal Revenue Service ("the Service"), along with a request to assemble the relevant files, and to prepare a written statement of the legal position which the government should adopt. *See* 28 U.S.C. § 520. Defendants' counsel has been advised by the Service that it has not finished gathering the administrative files and preparing the defense recommendation for the above-captioned case.

According to the complaint, the case concerns foreign tax credits, the proper tax treatment of a Japanese entity, and tax decisions of the United States Competent Authority under the U.S.-Japan Income Tax Convention. Six different tax years are at issue. Gathering the records related to the issues raised in the complaint has been complex and time consuming.

It is essential for defendant's counsel to analyze the administrative files and defense recommendation in order for defendant to prepare an informed and proper response to plaintiffs' complaint. The enlargement sought by this motion should allow defendant's counsel time to receive and

review the IRS administrative files and defense recommendation before answering or otherwise responding to the complaint.

WHEREFORE, defendant requests that the deadline for it to answer or otherwise respond to the complaint be enlarged to January 28, 2008.

Respectfully submitted,

s/Stephen I. Frahm

STEPHEN I. FRAHM
Assistant Chief
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
( 202) 307-6504

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
JASON BERGMANN
Trial Attorney

s/Jason Bergmann
Of Counsel

November 27, 2007