# In the United States Court of Federal Claims

Case No. 07-704T
(Filed: November 28, 2007)

*****************************************************
REX G. MAUGHAN and *
RUTH G. MAUGHAN, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

Defendant's unopposed **Motion for Enlargement of Time** (60 days) filed November 27, 2007, to file an answer or response to Plaintiff's Complaint is hereby **GRANTED**. Defendant shall file its answer or response to Plaintiff's Complaint no later than **January 28, 2008.**

**Defendant is ordered to file its Notice of Appearance forthwith**.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge