**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Case No. 07-704T

(Judge Lawrence M. Baskir)

REX G. MAUGHAN and
RUTH G. MAUGHAN,
husband and wife,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs Rex and Ruth Maughan, in response to this Court's Order to Show Cause filed June 25, 2008, hereby submit that they have **no objection** to the consolidation of this case, pursuant to RCFC 42, with that of No. 07-698T, captioned Yamagata v. United States.

Respectfully submitted this 1st day of July, 2008.

s/Terence D. Woolston by
s/Tim A. Tarter
TERENCE D. WOOLSTON
Woolston & Tarter, P.C.
2400 East Arizona Biltmore Circle,
Suite 1430
Phoenix, Arizona 85016-2114
Tel. (602) 532-9199
Fax. (602) 532-9193
Counsel of Record for Plaintiffs

Of Counsel:

TIM A. TARTER
Woolston & Tarter, P.C.
2400 East Arizona Biltmore Circle
Suite 1430
Phoenix, Arizona 85016-2114
Tel. (602) 532-9199
Fax. (602) 532-9193