**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Case Nos. 07-698T and 07-704T
(Consolidated Cases)

(Judge Lawrence M. Baskir)

GENE H. YAMAGATA, *et al.*,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

**MOTION TO SUBSTITUTE ATTORNEY OF RECORD IN CASE NO. 07-704T**

Plaintiffs Rex G. Maughan and Ruth G. Maughan move, pursuant to Rule 83.1(c)(4) of the Rules of Court of Federal Claims (RCFC), to change their attorney of record. In support thereof, Maughan Plaintiffs ("Plaintiffs") show unto the Court as follows:

1. Plaintiffs' current attorney of record, Terence D. Woolston, is retiring from the practice of law effective July 31, 2008, and wishes to be

replaced as attorney of record in this case, as evidenced by his signed endorsement of this motion, below.

2. Plaintiffs wish to substitute in Tim A. Tarter, a current member in good standing of the bar of this Court, as their attorney of record in this case. See the Affidavit of Appointment accompanying this motion.

WHEREFORE, it is prayed that Tim A. Tarter be substituted in as Maughan Plaintiffs' attorney of record.

Respectfully submitted this 30th day of July, 2008.

s/Tim A. Tarter

TIM A. TARTER
Woolston & Tarter, P.C.
2400 East Arizona Biltmore Circle,
Suite 1430
Phoenix, Arizona 85016-2114
Tel. (602) 532-9197
Fax. (602) 532-9193
Counsel of Record for Plaintiffs

I hereby consent to the above-requested substitution/change.

s/Terence D. Woolston

TERENCE D. WOOLSTON
Woolston & Tarter, P.C.
2400 East Arizona Biltmore Circle, Suite 1430
Phoenix, Arizona 85016-2114
Tel. (602) 532-9199
Fax. (602) 532-9193