# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Case Nos. 07-698T and 07-704T
(Consolidated Cases)

(Judge Lawrence M. Baskir)

GENE H. YAMAGATA, *et al.*,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

## AFFIDAVIT OF APPOINTMENT

Tim A. Tarter, being first duly sworn upon oath, hereby deposes and says:

1. I am a current member in good standing of the bar of the Court of Federal Claims.

2. I am currently an "Of Counsel" attorney in case 07-704T, assisting Terence D. Woolston, attorney of record, since case inception.

2. Plaintiffs Rex G. Maughan and Ruth G. Maughan have requested that I replace Terence D. Woolston as lead counsel/attorney of record in their case.

FURTHER, Affiant sayeth not.

TIM A. TARTER
Woolston & Tarter, P.C.
2400 East Arizona Biltmore Circle,
Suite 1430
Phoenix, Arizona 85016-2114
Tel. (602) 532-9197
Fax. (602) 532-9193

SUBSCRIBED AND SWORN TO before me this 30th day of July, 2008, by Tim A. Tarter.

Notary Public

NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
JASON C. WEST
My Appointment Expires June 19, 2009