# In the United States Court of Federal Claims

Case No. 07-704T
(Filed: July 31, 2008)

| | |
|---|---|
| REX G. MAUGHAN and RUTH G. MAUGHAN, *Plaintiffs,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

The Plaintiffs' **Motion to Substitute Attorney of Record** filed July 30, 2008**, to substitute Tim A. Tarter, Esq., in place of Terence D. Woolston, Esq.,** is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge